**FILED**

February 14, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____   JU

DEPUTY

**UNITED STATES DISTRICT COURT**§
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ELLERY CARTER, SID #681667,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **SA-21-CV-00998-OLG** |
| **v.** | § | |
| | § | |
| **SHERIFF SUSAN HAMILTON, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Ellery Carter's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that to the extent Carter intended to sue the Governor of the State of Texas in his official capacity for monetary damages, such claims are **DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION**. *See* U.S. CONST. amend. XI.

**IT IS FURTHER ORDERED** that Carter's remaining section 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

**IT IS FURTHER ORDERED** that to the extent Carter sought the remedy of release as relief for his claims, his claims are **DISMISSED WITHOUT PREJUDICE** to the refiling of a petition for writ of habeas corpus following exhaustion of his state–court remedies. *See* 28 U.S.C. § 2241.

**IT IS FURTHER ORDERED** that Carter's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Show Cause Order. *See* FED. R. CIV. P. 41(b).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.


**SIGNED** February __14__, 2022.

**Orlando L. Garcia**
**Chief United States District Judge**